(110 So. 915)

Corbett COLEMAN v. STATE. (7 Div. 703.) (Supreme Court of Alabama. Dec. 16, 1926.) Certiorari to Court of Appeals. E. O. McCord, of Gadsden, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of Corbett Coleman for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Coleman v. State, 21 Ala. App. 665, 110 So. 919. Writ denied.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.

(109 So. 921)

George M. COLLUM v. C. T. MORTON. (5 Div. 949.) (Supreme Court of Alabama. June 30, 1926.) Appeal from Circuit Court, Chilton County; G. F. Smoot, Judge. Transferred from Court of Appeals under Code, 1923, § 7326. L. L. Saxon, of Columbiana, and P. M. Pitts, of Clanton, for appellant. Grady Reynolds and Omar L. Reynolds, both of Clanton, for appellee.

BOULDIN, J. Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

(111 So. 921)

CRAWFORD AUTO SHOP v. STATE. (7 Div. 665.) (Supreme Court of Alabama. Jan. 13, 1927.) Appeal from Circuit Court, Shelby County; E. S. Lyman, Judge.

PER CURIAM. Appeal dismissed on motion of appellee.

(111 So. 921)

J. C. CROWSON v. Michael CODY. (3 Div. 795.) (Supreme Court of Alabama. March 31, 1927.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge. See, also, ante, p. 150, 110 So. 46.

PER CURIAM. Appeal dismissed by agreement.

(110 So. 915)

Fannie DUPUY v. J. J. LONG. (6 Div. 656.) (Supreme Court of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(110 So. 915)

J. L. FOSTER v. W. L. SANDLIN. (8 Div. 914.) (Supreme Court of Alabama. Oct. 28, 1926.) Appeal from Circuit Court, Madison County; O. Kyle, Judge.

PER CURIAM. Appeal dismissed on motion of appellee.

(109 So. 921)

Charley GARRISON v. STATE. (6 Div. 783.) (Supreme Court of Alabama. Oct. 14, 1926.) Certiorari to Court of Appeals. J. A. Posey, of Haleyville, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Charley Garrison for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Garrison v. State, 109 So. 924.[1] Writ denied on the authority of Postal Tel. & Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91, and numerous similar cases.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

(110 So. 915)

Thos. J. GEARY v. F. L. GIBLIN. (1 Div. 419.) (Supreme Court of Alabama. Nov. 26, 1926.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. R. H. McConnell, of Mobile, for appellant. Outlaw, Kilborn & Smith, of Mobile, for appellee.

PER CURIAM. Appeal dismissed by agreement.

(111 So. 922)

Henry GEE v. STATE. (6 Div. 666.) (Supreme Court of Alabama. Jan. 13, 1927.) Appeal from Circuit Court, Jefferson County; John P. McCoy, Judge. B. E. Samuels, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

GARDNER, J. Appellant was convicted of the offense of rape, and his punishment fixed at life imprisonment. The cause is here submitted upon the record; there being no bill of exceptions. An examination of the record discloses no error, and the judgment of the court below will accordingly be here affirmed. Affirmed.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.

(111 So. 922)

Ex parte HOBBIE MOTOR CAR COMPANY. (4 Div. 301.) (Supreme Court of Alabama. March 31, 1927.) Original Petition for Mandamus to Hon. W. L. Parks, Judge of Circuit Court of Covington County.

PER CURIAM. Petition dismissed by petitioner.

(110 So. 915)

Emma IKARD v. M. H. ANDERSON. (8 Div. 867.) (Supreme Court of Alabama. Oct. 28, 1926.) Appeal from Circuit Court, Madison County; O. Kyle, Judge.

PER CURIAM. Appeal dismissed on motion of appellee.